**Order entered July 21, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-21-00855-CR

## AARON RAYSHAN WELLS, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause No. F19-75986-K**

### ORDER

Before the Court is appellant's July 19, 2022 motion to file an amended brief. We **GRANT** the motion and **ORDER** the amended brief received with the motion filed as of the date of this order.

/s/    ERIN A. NOWELL
         JUSTICE